## MCFARLAND v. THE STATE.

[No. 19,238.   Filed April 6, 1900.]   ª

CRIMINAL LAW.—*Rape.*—*Evidence.*—Where in a conviction for rape the evidence failed to show the name of the person upon whom the rape was alleged to have been committed the judgment will be reversed.

. From the Hamilton Circuit Court.   *Reversed.*

*S. D. Stuart* and *C. G. Reagan,* for appellant.

*W. L. Taylor,* Attorney-General, *Merrill Moores, C. C. Hadley* and *J. E. Garver,* for State.

BAKER, J.—Appellant was convicted of rape. The affidavit and information name Laura Van Buskirk as the

alleged victim. In the evidence, the only name proved was Lillie,—nothing more. The name was an essential element in the legal description of the offense. *McLaughlin* v. *State,* 52 Ind. 279; *McLaughlin* v. *State,* 52 Ind. 476; *Black* v. *State,* 57 Ind. 109; *Mitchell* v. *State,* 63 Ind. 276. For failure of proof, the judgment is reversed, with directions to sustain the motion for a new trial.